

**Steven J. Moser**
Tel:  516.671.1150 x 9
Direct:  631.759.4054 (voice, text & fax)
smoser@moseremploymentlaw.com

January 6, 2020

VIA ECF

Hon. Arlene R. Lindsay, USMJ
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY  11722

Re:     *Fermina Franco v. SWF Food Corp., et al.*, 18-cv-07444-JS-ARL

Dear Judge Lindsay:

Please accept this joint status report and request to stay discovery pending mediation in the above referenced matter.

The Court referred the case to mediation on October 16, 2019.  The parties thereafter were able to agree upon a mediator.  Unfortunately, the chosen mediator did not have sufficient availability in 2019, and the mediation did not take place.

Recently the parties have agreed upon the selection of Andrew Kimler, Esq., a member of the EDNY mediation panel, to mediate this case.   Mr. Kimler has requested the parties' availability and we are working to schedule the mediation in a timely fashion.

For the foregoing reason, the parties request that discovery be stayed pending mediation and that the pretrial conference scheduled for January 7, 2020 be adjourned *sine die*.  The parties will advise the Court of the selected mediation date on or before January 10, 2019.  The parties thank the Court for consideration of this request.

                                                            Respectfully submitted,


                                                            /s/

                                                            Steven J. Moser

Encl.